| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>PERRIS, ELIZABETH L. | 2. Court or Organization<br><br>U. S. Bankruptcy Court | 3. Date of Report<br><br>05/02/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U. S. Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐  Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>1001 S.W. Fifth Ave.,<br>Suite 700<br>Portland, OR 97204 | **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information. Insert signature on last page.* | |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | West Services - Book Royalty | $2,785.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American College of Bankruptcy | 3/17/11 - 3/19/11 | Washington, DC | Annual Meeting | Transportation, meals and room |
| 2. | American Law Institute - American Bar Association | 9/21/11 - 9/23/11 | Chicago, IL | Seminar | Transportation, meals and room |
| 3. | National Conference of Bankruptcy Judges | 10/11/11 - 10/15/11 | Tampa, FL | Seminar | Hotel |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **PERRIS, ELIZABETH L.** | 05/02/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PERRIS, ELIZABETH L. | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA Account | C | Int./Div. | M | T | | | | | |
| 2. -- US Bonds | | | | | | | | | |
| 3. -- Duke Stock | | | | | | | | | |
| 4. -- Teco Stock | | | | | | | | | |
| 5. -- Vanguard Windsor II Mutual Fund | | | | | | | | | |
| 6. -- Spectra Energy Stock | | | | | | | | | |
| 7. -- Choice CD | | | | | | | | | |
| 8. -- Money Market Funds (Schwab Cash Reserves) | | | | | Buy | Ja/De/11 | J | | |
| 9. | | | | | Buy | 11/14/11 | L | | Transfer IRA #2/Line 36 |
| 10. Vanguard S & P 500 Fund | B | Distribution | M | T | | | | | |
| 11. Vanguard Europe Fund | A | Distribution | J | T | | | | | |
| 12. Bristol Meyers Squibb Stock | A | Dividend | J | T | | | | | |
| 13. Harbor International Fund | C | Distribution | M | T | Buy | Ja/De/11 | J | | |
| 14. U.S. Savings Bonds | A | Interest | J | T | | | | | |
| 15. 1/4 Interest - Condominium, Otter Rock, Oregon | A | Rent | K | R | | | | | |
| 16. Kimberly Clark Stock | A | Dividend | J | | Sold | 06/21/11 | J | B | |
| 17. Baron Asset Fund Shares | D | Distribution | L | T | Buy | Ja/De/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PERRIS, ELIZABETH L. | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. NASDAQ 100 Stock | A | Dividend | K | T | | | | | |
| 19. Or. Alt. Energy Bonds Due 2014 | A | Interest | | | Redeemed | 04/18/11 | J | A | |
| 20. i Shares-Russell 2000 | A | Dividend | K | T | | | | | |
| 21. Corning, Inc. | A | Dividend | | | Sold | 06/21/11 | J | A | |
| 22. Zimmer Holdings Inc. | | None | | | Sold | 06/21/11 | J | B | |
| 23. Mylan Labs | | None | | | Sold | 07/13/11 | K | D | |
| 24. Key Bank Accounts (CD/checking) | C | Interest | L | T | | | | | |
| 25. Pfizer stock | A | Dividend | | | Sold | 06/21/11 | J | A | |
| 26. Medco Health Solutions | | None | | | Sold | 06/21/11 | K | E | |
| 27. On Point FCU (CD/checking) | B | Interest | M | T | | | | | |
| 28. i Shares - Emerging Markets | A | Dividend | J | T | | | | | |
| 29. First SW Prime Income Fund | A | Dividend | J | T | Sold (part) | 01/26/11 | J | A | |
| 30. | | | | | Buy | 04/18/11 | J | | |
| 31. | | | | | Buy | 04/25/11 | J | | |
| 32. | | | | | Buy | 06/24/11 | L | | |
| 33. | | | | | Buy | 07/13/11 | K | | |
| 34. | | | | | Sold (part) | 08/25/11 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PERRIS, ELIZABETH L. | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. KBW Bank ETF | A | Dividend | | | Sold | 04/25/11 | J | A | |
| 36. IRA #2 - On Point CD | B | Interest | J | T | Buy | 01/10/11 | J | | |
| 37. | | | | | Distributed | 11/14/11 | L | | Transfer to IRA #1/ Line 1 |
| 38. 1/2 interest - Condominium, Portland, Oregon | A | Rent | M | R | | | | | |
| 39. Or Vet Welfare Due 2041 | A | Interest | K | T | Buy | 01/26/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PERRIS, ELIZABETH L. | 05/02/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 1. My 2010 report included on line 8 a Wachovia Bank certificate of deposit. As noted in the Committee's September 23, 2011, letter, this certificate matured in a prior year and should have been omitted from the 2010 report. Since this was a mistake in the 2010 nreport, it is not referenced in Part VII.

Lines 9 and 37: On November 14, 2011, I rolled over funds from my OnPoint IRA to my Schwab IRA. A small balance remains in OnPoint.

Lines 13 and 17: Shares bought monthly in Harbor International Fund and Baron Asset Fund Shares. Distributions from these two funds, plus Vanguard S & P 500 Fund (line 10), Vanguard Europe Fund (Line 11), and Vanguard Windsor II Mutual Fund (Line 5), include capital gains and dividends. I reinvested the distributions in all these funds except Harbor International.

Line 15: On my 1/4 interest in the condominium at Otter Rock, Oregon, the net rents are after payment of expenses. My share of the rents without reduction of expenses would be Code B. Quarter interest in condominium purchased in August 1994 for $27,500.

Line 19: Transaction was a bond call.

Lines 29 and 8: First SW Prime Income Fund and Schwab Cash Reserves are money market funds. I reinvest the distributions. In addition, I regularly deposit stock dividends, asset liquidation proceeds, and interest income in both accounts. The dividends and interest deposits are small. Only transactions in excess of $1,000 within the pertinent account are separately reported.

Line 34. Proceeds from August 25, 2011, sale of First Southwest Prime Income Fund used to pay down home mortgage.

Line 38: On my 1/2 interest in the condominium at Portland, Oregon, the net rents are after payment of expenses. My share of the rents without reduction of expenses would be Code D. Half interest in condominium purchased in April 2010 for $235,500, from the Estate of _____ .

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ ELIZABETH L. PERRIS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544